429 A.2d 760

Commonwealth v. Daugherty, Appellant.

Ralph T. Forr, Jr., Assistant Public Defender, for appellant; Thomas G. Peoples, Jr., District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

## I.

Judgment of sentence on murder, robbery, conspiracy and firearms counts is affirmed.

## II.

Judgment of sentence of the robbery count is affirmed. Judgment of sentence on the burglary count is reversed. Judgment of sentence on the counts of simple assault, aggravated assault and firearms violation are vacated, and the case is remanded for resentencing on the firearms count in accordance with this opinion.